**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 131 WAL 2020

            Respondent                    :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

            v.                            :

                                        :

MARC ANDREW BARGER, SR.,           :

            Petitioner                     :


## ORDER


**PER CURIAM**

      **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.